IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Intellectual Reserve, Inc., | No. CV-15-00023-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Steve Jarvis, et al., | |
| Defendants. | |

This matter having recently come before this Court, the parties' are advised that a motion pursuant to Rule 12(b) of the Federal Rules of Civil Procedure is discouraged if any defect can be cured by filing an amended pleading. Accordingly,

**IT IS ORDERED**:

1. That the parties must meet and confer prior to filing a motion to dismiss to determine whether it can be avoided;

2. That a certificate of conferral must be *attached* to any motion to dismiss indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading, and have been unable to agree that the pleading is curable by a permissible amendment;

3. That any motion to dismiss which lacks such attached certification is subject to being stricken by the Court;

4. That the parties shall endeavor not to oppose motions to amend that are filed prior to any Rule 16 Case Management Conference or within the time set forth in by

1. any Rule 16 Case Management Order; and
2. 5. That Plaintiff shall serve a copy of this Order upon Defendants and file notice of service.

Dated this 8th day of January, 2015.

Honorable Steven P. Logan
United States District Judge