# AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## District of Arizona

Case Number: 2:15-CV-00023-DKD

Plaintiff:
**INTELLECTUAL RESERVE, INC.**

vs.

Defendant:
**STEVE JARVIS AND JANE DOE JARVIS**

For:
Osborn Maledon
2929 N Central Ave
Ste 2100
Phoenix, AZ 85012

Received by HOT SHOT DELIVERY INC. on the 7th day of January, 2015 at 10:00 am to be served on **Jane Doe Jarvis, 944 South Ash Avenue, Tempe, AZ 85281**.

I, Robert Saldana Badge No. MC-7367, being duly sworn, depose and say that on the **7th day of January, 2015** at **5:15 pm, I:**

**NON-SERVED** the **Summons, Complaint, Civil Cover Sheet, Corp Disclosure Statement, Notice of Electronic Filing, Consent to Exercise Jurisdiction, Order** for the reason that I failed to find **Jane Doe Jarvis** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
At the time of service upon Steve Jarvis, he stated he is not married.

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

Subscribed and Sworn to before me on the 13th day of January, 2015 by the affiant who is personally known to me

NOTARY PUBLIC

OFFICIAL SEAL
KATRINA PRENTICE
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Feb. 26, 2015

Robert Saldana Badge No. MC-7367
Licensed Process Server

HOT SHOT DELIVERY INC.
236 East Pima Street
Suite 106
Phoenix, AZ 85004
(602) 277-4747
Our Job Serial Number: DEK-2015000051
Ref: 16317.0001